UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:97-CR-1-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CHRISTOPHER GRIFFIN, | ) | |
| Defendant. | ) | |

The court has considered Christopher Griffin's *pro se* "Motion to Terminate Supervised Release After Completion of One Year of Supervision Pursuant to 18 U.S.C. § 3583(e)(1)" [DE-45], and notes that Griffin has performed well during his supervised release to date. However, for the reasons set forth in the Government's response [DE-47] to Griffin's motion, that motion is DENIED without prejudice to renew it, if appropriate, after he has successfully completed 24 months of supervision. The court makes *no* representation that an early termination would be granted at that time, but the court would consider Griffin's performance and the Government's and Probation Office's recommendation if Griffin renews his motion.

SO ORDERED.

This, the 1st day of June, 2010.

JAMES C. FOX
Senior United States District Judge